JTW: 04.26.24
PCM/CJF USAO#2024R00116

USDC- BALTIMORE
'24 MAY 2 AM 11:42

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DONTA PROUT,** <br> **KEVIN BAKER,** <br> and <br> **KERRON DAVIS,** <br><br> Defendants. | Criminal No: **MJM-24-145** <br><br> (Conspiracy to Carjack, 18 U.S.C. § 371; Conspiracy to Brandish a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(o); Carjacking, 18 U.S.C. § 2119; Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c); Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Conspiracy to Traffick Firearms, 18 U.S.C. § 933(a)(3); Firearms Trafficking, 18 U.S.C. § 933 (a)(1); 18 U.S.C. § 371; Aiding & Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. §§ 924(d), 934(a)(1)(A) and (B), 981(a)(1)(C), 982(a)(5), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |

…ooOoo…

### INDICTMENT

### COUNT ONE
### (Conspiracy to Carjack)

The Grand Jury for the District of Maryland charges that:

### Introduction

1.     The defendants **DONTA PROUT (PROUT)** and **KEVIN BAKER (BAKER)** have been involved in several acts of violence throughout Baltimore, Maryland.

3.     **PROUT**, **BAKER**, and associates, participated in several robberies, including

1

carjackings, to enrich themselves through the taking of personal property during the robberies and carjackings.

4. **PROUT, BAKER,** and associates have also committed other criminal acts to include, but not limited to, acts involving attempted murder.

5. At all times relevant to this Indictment, **PROUT** and **BAKER** operated in the District of Maryland.

### Manner and Means of the Conspiracy

6. Among the manner and means by which the defendants and others conducted and participated in the conduct of the conspiracy were the following:

   a. **PROUT, BAKER,** and associates committed and caused to be committed attempted murders to intimidate others who would interfere with their conspiracy and to gain a certain status in the community and on social media platforms.

   b. **PROUT, BAKER,** and associates used vehicles they carjacked from others to commit robberies and other acts of violence without fear of immediate detection.

   c. It was further part of the conspiracy that the defendants and associates obtained, used, carried, possessed, brandished, and discharged firearms from others, including **DAVIS**, in connection with the conspiracy's illegal activities, including, but not limited to, carjackings and attempted murder.

### The Conspiracy to Carjack

The Grand Jury for the District of Maryland charges that:

1. From a time unknown, but no later than in or about January 2024, and continuing through February 2024, in the District of Maryland, the Defendants,

**DONTA PROUT and**
**KEVIN BAKER**

did knowingly combine, conspire, confederate, and agree with persons known and unknown, by force, violence, and intimidation, and with the intent to cause death, take from the person and in the presence of another a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, in violation of 18 U.S.C. § 2119.

### Overt Acts

2. On or about February 8, 2024, in the 6800 block of Harford Road, Baltimore City, Maryland, **PROUT** and **BAKER** did rob D.J. of his motor vehicle, during which at least one of the defendants brandished a firearm.

3. On or about February 8, 2024, **PROUT** and at least one co-conspirator did drive D.J.'s vehicle to the 1200 block of N. Potomac Street, Baltimore City, and attempted to murder J.B., during which at least one of the defendants discharged a firearm. J.B. returned fire with his own firearm. J.B. and C.R. suffered gunshot wounds but survived the attack.

4. On or about February 9, 2024, in the 3600 block of Elmora Avenue in Baltimore City, Maryland, **PROUT** and at least one other co-conspirator did rob T.F. of his motor vehicle, during which at least one of the defendants brandished a firearm.

18 U.S.C. § 371

## COUNT TWO
**(Conspiracy to Use and Carry a Firearm During and in Relation to a Crime of Violence)**

The Grand Jury for the District of Maryland further charges that:

1. The allegations of paragraphs one through six of Count One are incorporated by reference as if fully restated herein.

2. From a time unknown, but no later than in or about January 2024, and continuing through February 2024, in the District of Maryland, the Defendants,

**DONTA PROUT, and
KEVIN BAKER,**

did conspire with persons known and unknown to use and carry firearms during and in relation to crimes of violence for which they may be prosecuted in a court of the United States, to wit, carjacking.

18 U.S.C. § 924(o)
18 U.S.C. § 2119
18 U.S.C. § 1951(a)

## COUNT THREE
### (Carjacking)

The Grand Jury for the District of Maryland further charges that:

On or about February 8, 2024, in the District of Maryland, the Defendants,

**DONTA PROUT, and**
**KEVIN BAKER**

by force, violence, and intimidation, and with the intent to cause death, did take from the person, D.J., and in the presence of D.J., a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit, a 2010 Lincoln MKX bearing Maryland tag number 5FE3382 and VIN number 2LMDJ6JCXABJ24321.

18 U.S.C. § 2119(1)
18 U.S.C. § 2

## COUNT FOUR
### (Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about February 8, 2024, in the District of Maryland, the Defendant,

**DONTA PROUT, and
KEVIN BAKER**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, carjacking, as charged in Count Three of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

**COUNT FIVE**
**(Carjacking)**

The Grand Jury for the District of Maryland further charges that:

On or about February 9, 2024, in the District of Maryland, the Defendant,

**DONTA PROUT,**

by force, violence, and intimidation, and with the intent to cause death, did take from the person, T.F., and in the presence of T.F., a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, to wit, a 2021 Dodge Charter, Massachusetts tag number 2FBH76 and VIN number 2C3DXBG9MH632585.

18 U.S.C. § 2119(1)
18 U.S.C. § 2

## COUNT SIX
**(Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)**

The Grand Jury for the District of Maryland further charges that:

On or about February 9, 2024, in the District of Maryland, the Defendant,

**DONTA PROUT,**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, to wit, carjacking, as charged in Count Five of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

## COUNT SEVEN
### (Possession of a Firearm by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about February 10, 2024, in the District of Maryland, the Defendants,

**DONTA PROUT, and
KEVIN BAKER**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, a Taurus G2C 9mm semi-automatic pistol, with serial number 1C072426; and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT EIGHT
### (Conspiracy to Traffic Firearms)

The Grand Jury for the District of Maryland further charges that:

From a time unknown, but no later than in or about July 2023, and continuing through February 2024, in the District of Maryland the Defendants,

**DONTA PROUT, and**
**KERRON DAVIS**

did conspire to ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Smith and Wesson M&P 15 rifle bearing serial number TV65401, and others, to Donta PROUT in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying or possession of the firearm by Donta PROUT would constitute a felony, in violation of Title 18, U.S.C. Section 933(a)(1) to include the attempt murder of T.R. in the 1200 block of Druid Hill Avenue, in Baltimore City, during which PROUT discharged the firearm.

18 U.S.C. § 371
18 U.S.C. § 933

## COUNT NINE
### (Firearms Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about February 7, 2024, in the District of Maryland, the Defendant,

**KERRON DAVIS,**

did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Smith and Wesson M&P 15 rifle bearing serial number TV65401 to Donta PROUT in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying or possession of the firearm by Donta PROUT would constitute a felony, in violation of Title 18, U.S.C. Section 933(a)(1).

18 U.S.C. § 933(a)(1)

## COUNT TEN
**(Possession of a Firearm by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about February 7, 2024, in the District of Maryland, the Defendant,

**DONTA PROUT,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, a Smith and Wesson M&P 15 rifle bearing serial number TV65401; and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d), 934(a)(1)(A) and (B), 981(a)(1)(C), and 982(a)(5), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendants' convictions under Counts One through Ten of this Indictment.

### Carjacking Forfeiture

2. Upon conviction of the offense(s) alleged in Counts One, Three, or Five of this Indictment, the Defendants,

**DONTA PROUT and
KEVIN BAKER,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such offense.

### Firearms Trafficking Forfeiture

3. Upon conviction of the offense(s) alleged in Counts Nine or Ten of this Indictment, the Defendants,

**DONTA PROUT and
KERRON DAVIS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 934(a)(1)(A) and (B), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s); and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense(s).

### Firearms and Ammunition Forfeiture

4. Upon conviction of any of the offenses alleged in Counts One through Eleven of this Indictment, the Defendants,

**DONTA PROUT,
KEVIN BAKER, and
KERRON DAVIS**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s).

### Property Subject to Forfeiture

5. The property to be forfeited includes, but is not limited to:

   a. a forfeiture money judgment in the amount of proceeds each defendant obtained as a result of the offense(s) charged in Counts One, Three, Five, Seven, Ten, or Eleven of this Indictment;

   b. a Taurus G2C 9mm semi-automatic pistol, bearing serial number 1C072426; and

   c. a Smith and Wesson M&P 15 rifle, bearing serial number TV65401.

## Substitute Assets

6. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 934(a)(1)(A) and (B)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(5)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Respectfully submitted,

*Erek L. Barron* /pcu
EREK L. BARRON
UNITED STATES ATTORNEY

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

5/2/2024

DATE

15